"'And, frankly, I had to kind of apply my own standard, which, I believe, corresponds with the standards of the community. And the standard probably, simply stated and boiled down, is the same one that was taught to me by my mother from the day I was a small child. If there was something of which I would not want her to know, then don't do it. Pretty simple.

"'Applying that standard I would think that I wouldn't get any quarrel out of anyone in this room, that they wouldn't want their mothers sitting next to them while they looked at either one of those movies. They are patently offensive.'" Pet. for Cert. 8–9.

No. 75–1242. CITY OF EUCLID v. ROYAL AMERICAN CORP. ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari.

No. 75–1294. BOHACK CORP. v. GENERAL WAREHOUSEMEN'S UNION, LOCAL No. 852. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–5986. SEDGWICK v. UNITED STATES. Ct. App. D. C. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari.

No. 75–869. ROBERTS v. CIVIL AERONAUTICS BOARD, 424 U. S. 966;

No. 75–5984. BAKER v. RUMSFELD, SECRETARY OF DEFENSE, 424 U. S. 972; and

No. 75–6228. POGUE v. GOVERNMENT EMPLOYEES INSURANCE Co., ante, p. 915. Petitions for rehearing denied.